UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | 3:24-cr-00144-HZ |
| v. | **INFORMATION** |
| **PAULA YVONNE COFFEY,** | 18 U.S.C. § 641 |
| **Defendant.** | |

THE UNITED STATES ATTORNEY CHARGES:

**COUNT 1**
**(Theft of Government Funds)**
**(18 U.S.C. § 641)**

Between on or about July 30, 2017, and continuing through on or about April 30, 2022, in the District of Oregon, defendant PAULA YVONNE COFFEY did knowingly and willfully steal and convert to her own use or the use of another, money of the United States Social Security Administration, a department and agency of the United States, to wit: by receiving Title II benefits payments in an approximate amount of $87,401.00, based on fraudulent representations and concealments;

/ / / / /


/ / / / /


/ / / / /

**Information**                                                                                                                         **Page 1**
Revised April 2018

All in violation of Title 18, United States Code, Sections 641.

Dated: April 5, 2024                    Respectfully submitted,

                                            NATALIE K. WIGHT
                                            United States Attorney

                                            /s/ Rachel Sowray_____
                                            RACHEL SOWRAY, OSB #095159
                                            Special Assistant United States Attorney